

# United States District Court
# Northern District of Illinois

In the Matter of

| | |
|---|---|
| Helping Hand Caregivers, Ltd | District Judge Manish S. Shah |
| v. | Case No. 16-CV-02375 |
| Darden Corporation, et al | Designated Magistrate Judge Sheila Finnegan |

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge Manish S. Shah who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

_____
**Judge Sharon Johnson Coleman**

Date: Monday, March 07, 2016

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Manish S. Shah.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Ruben Castillo**

Dated: Tuesday, March 08, 2016

District Reassignment - By Agreement

- I agree that case number 16-CV-02375 should be reassigned to my calendar as specifically set forth below

 *The underlying case, 14 C 10127 Helping Hand Caregivers, Ltd. v. Darden Restaurants, Inc. et al, is related to this inter-district transfer.

Monday, March 07, 2016            _____

                                **Manish S. Shah**

..................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - By Agreement