# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Helping Hand Caregivers Ltd.

                    Plaintiff,

v.                                                 Case No.: 1:16–cv–02375
                                                   Honorable Manish S. Shah

Darden Corporation, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 1, 2016:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Plaintiff reports there is no need to compel Mr. Jones' compliance with subpoenas and that his deposition is scheduled in May. Civil case terminated as moot. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.